21304. THORNTON v. THE STATE.

BLOODWORTH, J. In the trial of a criminal case the jurors are the only and final arbiters of the facts, and when a case reaches this court, where no error of law has been committed on the trial and the trial judge has approved the verdict, and it is supported by any evidence, however slight, this court is powerless to interfere. The verdict is supported by evidence and is approved by the trial judge.

Judgment affirmed. Broyles, C. J., and Luke, J., concur.

DECIDED APRIL 14, 1931.

H. A. Woodward, for plaintiff in error.
W. Inman Curry, solicitor, contra.

21310. BENNETT v. THE STATE.

BROYLES, C. J. 1. The alleged newly discovered evidence was cumulative and impeaching in its character, and the judge did not abuse his discretion in overruling the ground of the motion for a new trial based thereon.

2. After a careful study of the record in the case this court is unable to say that the defendant's conviction was not authorized by any evidence; and, the finding of the jury having been approved by the trial judge, and no error of law appearing, this court is without authority to interfere.

Judgment affirmed. Luke and Bloodworth, JJ., concur.

DECIDED APRIL 14, 1931.

J. M. Dowling, H. L. Jackson, for plaintiff in error.
William Story, solicitor, contra.